UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ENRICO THOMAS,

                Petitioner,                              16-cv-5223 (PKC)

    -against-                                       ORDER

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

On March 9, 2018 and November 8, 2018, the Court denied Enrico Thomas's petition for relief pursuant to 28 U.S.C. § 2255 and his subsequent motion for reconsideration. (Docket # 21, 23.) It declined to issue a certificate of appealability pursuant to 28 U.S.C. § 2253. (Id.) The Orders noted that Thomas had not sought leave to proceed in forma pauperis and therefore made no findings pursuant to 28 U.S.C. § 1915(a)(3). (Id.)

On December 10, 2018, Thomas applied for leave to proceed in forma pauperis. (Docket # 24.) This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from those Orders would not be taken in good faith, and in forma pauperis status is denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 19, 2020